UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, et al.,<br><br>Defendants. | Case No. 23-cv-05798-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  On March 15, 2024, the Court screened the complaint, found that the complaint failed to state a claim for relief, and dismissed the complaint with leave to amend.  ECF No. 14.  The Court informed Plaintiff that the failure to file an amended complaint by April 12, 2024, would result in the dismissal of this action.  *Id.*  The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor otherwise communicated with the Court.  Accordingly, for the foregoing reasons and for the reasons stated in the Court's March 15, 2024 Order, this action is DISMISSED.  The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's March 15, 2024 Order, and explaining why Plaintiff failed to timely file an amended complaint.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the file.

**IT IS SO ORDERED.**

Dated: May 7, 2024

_____
JON S. TIGAR
United States District Judge